UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERIC MANLEY,

                          Plaintiff,

          -against-

HRA/DSS; KADEJA ALLEN,

                          Defendants.

24-CV-1635 (DEH)

CIVIL JUDGMENT

For the reasons stated in the April 10, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:   May 14, 2024
         New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge